**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-2151**

———————————

LEO L. PAYNE,

                  Plaintiff - Appellant,

      v.

S. RANDOLPH SENGEL, Chief Commonwealth Attorney, Alexandria,
Virginia; STEVEN ESCOBAR, Police Officer, Alexandria Police
Department,

                  Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:12-cv-00852-JRS)

———————————

Submitted:  December 19, 2013    Decided:  December 23, 2013

———————————

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Leo Lionel Payne, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Lionel Payne appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Payne v. Sengel, No. 3:12-cv-00852-JRS (E.D. Va. Sept. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2